JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6141 CR-FERGUSON**

18 USC §1344
18 USC §2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,  )
                           )
              Plaintiff,   )
                           )
vs.                        )
                           )
MARIA DANIELLE KELLY,      )
a/k/a "Shantell Denise Knights,"  )
                           )
              Defendant.   )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNTS I-XXII

On or about the dates specified below, in Broward County, in the Southern District of Florida, the defendant,

MARIA DANIELLE KELLY,
a/k/a "Shantell Denise Knights"

did knowingly and willfully devise and execute a scheme and artifice to defraud and to obtain monies and funds of NationsBank/Bank of America, a financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent



pretenses, representations, and promises, in that the defendant, using the assumed name of Shantell Denise Knights, cashed and attempted to cash counterfeit checks at NationsBank/Bank of America as specified below:

| EXECUTIONS OF THE SCHEME AND ARTIFICE | | | |
|---|---|---|---|
| COUNT | DATE OF TRANSACTION | DESCRIPTION OF COUNTERFEIT CHECK | AMOUNT |
| I | 12/17/99 | Hughes Supply, Inc. Account No. 3299963571 | $1142.12 |
| II | 12/17/99 | Hughes Supply, Inc. Account No. 3299963571 | $1143.66 |
| III | 12/17/99 | Hughes Supply, Inc. Account No. 3299963571 | $1139.54 |
| IV | 12/17/99 | Hughes Supply, Inc. Account No. 3299963571 | $1152.18 |
| V | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1127.62 |
| VI | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1126.51 |
| VII | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1125.44 |
| VIII | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1110.15 |
| IX | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1106.93 |
| X | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1121.66 |
| XI | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1103.85 |
| XII | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1104.33 |
| XIII | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1106.52 |
| XIV | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1131.32 |
| XV | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1126.85 |
| XVI | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1127.35 |
| XVII | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1101.12 |
| XVIII | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1102.66 |
| XIX | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1108.36 |
| XX | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1109.08 |

| EXECUTIONS OF THE SCHEME AND ARTIFICE | | | |
|---|---|---|---|
| COUNT | DATE OF TRANSACTION | DESCRIPTION OF COUNTERFEIT CHECK | AMOUNT |
| XXI | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1135.59 |
| XXII | 12/20/99 | Hughes Supply, Inc. Account No. 3299963571 | $1105.61 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

**MARIA DANIELLE KELLY**          **Superseding Case Information**:
**Court Division**: (Select One)  New Defendant(s)      Yes ___   No ___
                                  Number of New Defendants  ___
___ Miami  ___ Key West           Total number of counts    ___
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) ___NO___
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)
   I    0 to 5 days      __X__           Petty      ____
   II   6 to 10 days     ____            Minor      ____
   III  11 to 20 days    ____            Misdem.    ____
   IV   21 to 60 days    ____            Felony     __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____
   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes _x_ No

                              _____
                              JEFFREY N. KAPLAN
                              ASSISTANT UNITED STATES ATTORNEY
                              Court Bar No. A5500033

*Penalty Sheet(s) attached                                          REV 4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: <u>MARIA DANIELLE KELLY, a/k/a "Shantell Denise Knights"</u>  No.: _____

Count #I-XX:
<u>Scheme and artifice to defraud a financial institution; in violation of 18:1344 & 2.</u>

<u>*Max Penalty: Thirty years' imprisonment, $1,000,000 fine for each count.</u>

Count #:

<u>*Max Penalty:</u>

Count #:

<u>*Max Penalty:</u>

Count #:

<u>*Max Penalty:</u>

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96