AO 442 (Rev 12/85) Warrant for Arrest   AUSA KAPLAN; U.S. SECRET SERVICE S/A Christopher A. McClen(...) 629-1800

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

MARIA DANIELLE KELLY
a\k\a "Shantell Denise Knights"

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6141**

**CR - FERGUSON**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ MARIA DANIELLE KELLY, a\k\a "Shantell Denise Knights" _____
                                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

devising and executing a scheme and artifice to defraud and obtain monies and funds of a financial institution, the accounts being insured by the Federal Deposit Insurance Corporation, by means of false pretenses,

in violation of Titles 18 United States Code, Sections   1344 and 2

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at  $50,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

May 23, 2000, Fort Lauderdale, Florida
Date and Location

[signature]
by  LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: MARIA DANIELLE KELLY

ALIAS: a\k\a "Shantell Denise Knights"

LAST KNOWN RESIDENCE: 13116 Alexand"a Drive, #232, Opa Locka, FL 33054-2938

LAST KNOWN EMPLOYMENT: Unemployed

PLACE OF BIRTH: FL

DATE OF BIRTH: 9/19/80

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'6"    WEIGHT: 170 lbs

SEX: Female    RACE: Black

HAIR: Black    EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS

FBI NUMBER: 620098MB5

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: U.S. SECRET SERVICE, S/A Christopher A. McClenic (305) 629-1800L 7375 NW 53rd Street, Miami, Florida 33166