# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: Maria Danielle Kelly   CASE NO: 00-6141-CR-WDF
AUSA: Kaplan   ATTY: Zat Hunt
AGENT: Secret Service   VIOL: 18:1344 x 2
PROCEEDING I/A on Indict   RECOMMENDED BOND 50,000 CSB
BOND HEARING HELD - yes/no   COUNSEL APPOINTED
   BOND SET @ 50,000 PSB
   SPECIAL CONDITIONS:
1) To be cosigned by: James Sarlin, Ellen ___ NOON
2) Rpt to PTS as directed x's a wk/month by phone; x's a wk/month in person Thurs.
3) Travel extended to: SD & MD, FL

Advised of charges - sworn for appt'mt of Counsel

Reading of Indictment Waived
Not guilty plea entered
~~Jury trial requested~~
~~Standing Discovery Order requested~~

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:  7-5   //   B55

Date: 6/20/00   Time: 11:00   TAPE # 00-029 / ~~2540~~   Pg#
                                              2604
                              recall - 3350 and 3577