

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6141-CR-FERGUSON

UNITED STATES OF AMERICA

vs

MARIA DANIELLE KELLY

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 20, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: ON BOND FORM

Telephone: _____

DEFENSE COUNSEL:  Name: FEDERAL PUBLIC DEFENDER

Address: _____

Telephone: _____

BOND SET/CONTINUED:  $ STIPULATED $50,000 PERSONAL SURETY

Bond hearing held: yes____ no X  Bond hearing set for_____

Dated this 20TH day of JUNE , 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
     Deputy Clerk

Tape No. 00-029

cc: Copy for Judge
    U. S. Attorney