UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55352-004

UNITED STATES OF AMERICA )
      Plaintiff ) Case Number: CR 00-6141 CR-Ferg.CM
         ) REPORT COMMENCING CRIMINAL
  -vs-      )     ACTION
         )
MARIA DANIELLE KELLY )
     Defendant
*********************************************

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
  U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
   MAGISTRATES COURT ABOVE

FILED by DC   JUN 21 2000   CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: 18 USC 1344 and 2

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 082581

(6) Type of Charging Document: (check one)
  [X] Indictment [ ] Complaint To be filed/Already filed
  Case# _____

  [ ] Bench Warrant for Failure to Appear
  [ ] Probation Violation Warrant
  [ ] Parole Violation Warrant

  Originating District: Southern District of Florida

  COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: SA CHRIS McKENZIE

(10) Agency: U.S.S.S.    (11) Phone: (305)629-1800

(12) Comments: _____