

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6141-CR-FERGUSON
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIA KELLY,

    Defendant.
_____/

## MOTION FOR LEAVE TO CHANGE RESIDENCE

COMES NOW the defendant Maria Kelly, by and through her undersigned attorney, and files her Motion For Leave To Change Residence, and states as follows:

1. The defendant is currently on bond awaiting resolution of this matter.

2. Personal circumstances have made it necessary for the defendant to move from her current residence to 2133 N.W. 86th Street, Miami, Florida 33147.

3. The undersigned has discussed this motion with Pretrial Services Officer Carol Sirotto who has no opposition to the motion.

4. The undersigned has discussed this motion with Assistant United States Attorney Jeff Kaplan who advised he has no opposition.

WHEREFORE the defendant prays that the court grant this motion and approve the defendant's change of address.

                    Respectfully submitted,

                    KATHLEEN M. WILLIAMS
                    FEDERAL PUBLIC DEFENDER

By: _____
                    Martin J. Bidwill
                    Assistant Federal Public Defender
                    Florida Bar No. 868795
                    Attorney for Defendant
                    101 N.E. 3rd Avenue, Suite 202
                    Fort Lauderdale, Florida 33301
                    (954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 3rd day of June, 2000, to Jeff Kaplan, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Carol Sirotto, United States Pretrial Services, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Martin J. Bidwill