AO 442 (Rev 12/85) Warrant for Arrest  AUSA KAPLAN; U.S. SECRET SERVICE S/A Christopher A. McClenic (305) 629-1800

# United States District Court

SOUTHERN ____ DISTRICT OF ____ FLORIDA  478202

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

MARIA DANIELLE KELLY
a\k\a "Shantell Denise Knights"

**CASE NUMBER:**

**00-6141**
**CR - FERGUSON**

TO: **The United States Marshal
and any Authorized United States Officer**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ____ MARIA DANIELLE KELLY, a\k\a "Shantell Denise Knights" ____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

devising and executing a scheme and artifice to defraud and obtain monies and funds of a financial institution, the accounts being insured by the Federal Deposit Insurance Corporation, by means of false pretenses,

in violation of Titles  18  United States Code, Sections  1344 and 2

CLARENCE MADDOX
Name of Issuing Officer

/s/ Jenny Butler
Signature of Issuing Officer

Bail fixed at  $50,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

May 23, 2000, Fort Lauderdale, Florida
Date and Location

/s/ Lurana S. Snow
by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL. | | |
| DATE RECEIVED 5/23/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/20/00 | FOR: USSS | Fred Depompa, SDUSM |

/3