UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _00-6141-CR WDF_

STYLE: _USA v Kelly_

DATE: _6/2/00_

The Chambers of the Honorable _Lurana S. Snow_ has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

___ Docket this document as a motion for _____

___ Docket this document as a response to the following motion: _____

___ Docket this document as an answer _____

___ Docket this document as _____

___ Docket this as an information matter only and file on the left side of the file.

✓ Other: _Signature pages in bond._

_____

_____

_____

_____

Signed: _Butler_

Name: _____

Title: _____

[FILED JUN 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

[REC'D by DKTG _____ D.C. JUN 2 8 1999 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

/14

CASE NO: _00-6141-CR-WDF_

COUNTY OF        )
STATE OF         )

     Being first duly sworn, I hereby state that I have been asked to sign a $ _50,000_ personal surety bond on behalf of _Maria D. Kelly_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this _22nd_ day of _June_, ~~1996~~ 2000

_CORNELIUS JOHNSON_
Name

_14173 N CYPRESS COVE CIRCLE_
Address

_DAVIE_          _FL_        _33325_
City             State        Zip

Sworn and subscribed before me this _22nd_ day of _June_, ~~1996~~ 2000.

_Martin J. Bidwill_
NOTARY PUBLIC

My Commission Expires:

Martin J Bidwill
My Commission CC902803
Expires January 17 2004

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL  33301

CASE NO: _00-6141-CR-WDF_

COUNTY OF        )
STATE OF         )

  Being first duly sworn, I hereby state that I have been asked to sign a $ _50,000_ personal surety bond on behalf of _Maria D. Kelly_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this _22nd_ day of _June_, ~~1996.~~ _2000_

_James Burks_   _/s/ James D. Burks/_
Name

_10510 NW 31st Ave_
Address

_Miami_     _FL_   _33147_
City        State    Zip

Sworn and subscribed before me this _22nd_ day of _June_, ~~1996.~~ _2000_

_/s/ Martin J. Bidwill_
NOTARY PUBLIC

My Commission Expires: _____


Martin J Bidwill
My Commission CC902803
Expires January 17 2004

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL  33301