JNK:hkp

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6141-CR-FERGUSON**

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

MARIA DANIELLE KELLY,
a/k/a "Shantell Denise Knights,

　　　　Defendant.



### GOVERNMENT'S RESPONSE TO
### THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

- A.　1.　The government is unaware of any written or recorded statements made by the defendant.

　　　2.　The following is the substance of an oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent: The defendant appeared at the courthouse in response to a call by the agent regarding an investigation. When she arrived, she was shown the counterfeit checks, and she responded that she did that when she was 16 years old. When she was shown that these checks were cashed by her in December 1999, she stated "well, I'm not denying it, I mean, I know I did it." She was subsequently arrested and taken into custody.

　　　3.　No defendant testified before the Grand Jury.

　　　4.　The NCIC record of the defendant is attached.



5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida. Please call the undersigned to set up a date and time that is convenient to both parties. The undersigned will tentatively set the date for July 5, 2000 at 10:00 a.m. Please call the undersigned with 48 hours notice if you intend to review the evidence at this date and time.

    The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6. A report analyzing and comparing the known fingerprints of the defendant with the thumb-print of the defendant is attached.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as

      all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.    The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.    The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.    No contraband is involved in this indictment.

L.    The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.    Attached are thumbprints on each of the 22 checks cashed by the defendant which, thumbpints have been identified as those of the defendant.

N.    To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.    The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.    At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

    The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

    In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

        Time:    1:20 p.m.
        Date:    December 20, 1999
        Place:   Bank of America, N. Powerline Road, Fort Lauderdale, FL

The attachments to this response are numbered pages 01-15. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY N. KAPLAN
Assistant United States Attorney
Court Bar No. A5500030
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3515
Facsimilie: (954) 3456-7228
E-Mail Address:
Jeffrey.Kaplan@justice.usdoj.gov

cc:  Special Agent Christopher McClenic
     U.S. Secret Service

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 30th day of June, 2000 to:

Martin Bidwell, Assistant Federal Public Defender
101 Northeast Third Avenue, Suite 202
Fort Lauderdale, Florida 33301

_____
JEFFREY N. KAPLAN
Assistant United States Attorney

## State of Florida
### Department of Highway Safety and Motor Vehicles
*FOR USE ONLY AS AUTHORIZED BY DHSMV*

**IDENTIFICATION CARD**



DL/ID number: K523-784-80-839-0    Class: I

Name: **SHANTELL DENISE KNIGHTS**

Address: 13116 ALEXANDRIA DRIVE #232
OPA LOCKA, FL 33054-2938

Date of birth: 09-19-80    Sex: F    Height: 5-06

Restrictions:    Endorsements:

Fingerprint on file: None

Issue date: 09-30-98    Issue time: 09:14:10

Expiration date: 09-19-02    Duplicate date: 04-28-99

Form number: S099904280073

UNDER 21 UNTIL 09-19-01

Conditional messages
RESIDENT: NO

Printed by operator MYRTLE at office Q05 on Tuesday March 21, 2000 at 08:24



01



02












06





# BSOPICS - Offender Photo [BSOPICSID=452

New Query



```
ATTENTION:MCCLENIC                      CONTROL:

FC   FLSS311S004845039                          CMCCLENIC
--FLORIDA CCH RESPONSE--
ATN/MCCLENIC
FC.DLE/04845039.PUR/C.ATN/MCCLENIC
         SID  NUMBER:  4845039   PURPOSE CODE:C       PAGE:   1
         BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
         A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE
                  -  FLORIDA   CRIMINAL   HISTORY  -
NAME                              STATE ID NO.   FBI NO.        DATE REQUESTED
KNIGHTS, SHANTELL DENISE          FL-04845039    620098MB5      04/01/2000
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
 F    B    09/19/1980  5'06''   170    BRO   BLK    FL
--CONTINUED--

         SID  NUMBER:  4845039   PURPOSE CODE:C       PAGE:   2

   FINGERPRINT CLASS   SOCIAL SECURITY NO.    MISCELLANEOUS NO.     SCR/MRK/TAT
                       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
IN AFIS - 2
OCCUPATION              ADDRESS                         CITY/STATE
UNEMPLOYED              13116 ALEXANDRIA DR             OPA LOCKA, FL
-------------------------------------------------------------------------------
AKA                           DOB           SOC                 SCR/MRK/TAT
-------------------------------------------------------------------------------
KELLY, MARIA DANIELLE         08/25/1981    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
-------------------------------------------------------------------------------
ARREST-  1   05/03/1999   OBTS NO.-1306007733
--CONTINUED--

         SID  NUMBER:  4845039   PURPOSE CODE:C       PAGE:   3

   ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                    (FL0130000)
   AGENCY CASE-0708822                      OFFENSE DATE-05/03/1999
   CHARGE 001-FRAUD-INSUFF FUNDS CHECK-
            WORTHLESS CHECK CASH, DEPOST W INTENT TO DEFRA
            STATUTE/ORDINANCE                 LEVEL-FELONY     ,3RD DEG
            DISP-
   CHARGE 002-LARC-
            GRAND THEFT 3RD DEG  300  -5000
            STATUTE/ORDINANCE                 LEVEL-FELONY     ,3RD DEG
            DISP-
   CHARGE 003-PASS FORGED-
            UTTERING FORGED INSTRUMENT CHECK
            STATUTE/ORDINANCE FL831-02        LEVEL-FELONY     ,3RD DEG
--CONTINUED--

         SID  NUMBER:  4845039   PURPOSE CODE:C       PAGE:   4

            DISP-
   JUDICIAL-
     AGENCY-STATE ATTORNEY'S OFFICE                            (FL013015A)
     CHARGE 001 -COURT SEQ                    COURT NO.-F99014884
        SUPPLEMENTAL ARREST DATA-
            STATUS-                           LEVEL-FELONY     ,3RD DEG
     PROSC DATA-INITIATED BY ,FRAUD-INSUFF FUNDS CHECK-
                       W C CASH TO DEFRAUD
```

10

```
               STATUTE/ORDINANCE-              LEVEL-FELONY        3RD/DEG
               DISP DATE-05/24/1999            DISP-DROPPED/ABANDONED
               COUNSEL-PUBLIC    TRIAL-        PLEA-
       SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

--CONTINUED--

         SID NUMBER:  4845039   PURPOSE CODE:C       PAGE:   5

------------------------------------------------------------------------
ARREST-  2   01/21/2000   OBTS NO.-0011470932
  ARREST AGENCY-DAVIE POLICE DEPARTMENT                      (FL0061200)
     AGENCY CASE-00014082                  OFFENSE DATE-
     CHARGE 001-FRAUD-INSUFF FUNDS CHECK-
            UTTER WRTHLS DOC
            STATUTE/ORDINANCE FL832-05      LEVEL-FELONY
            DISP-TURNED OVER TO ANOTHER AGENCY
                 FL0060000
------------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
--CONTINUED--

         SID NUMBER:  4845039   PURPOSE CODE:C       PAGE:   6

 PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
THIS IS A SINGLE-STATE OFFENDER RECORD.
END OF RECORD

--END--
```

11

```
DATE 04/01/2000    TIME 15:57   MESSAGE NUMBER 00024
ATTENTION:MCCLENIC                    CONTROL:

FQI FLSS311S0MARIA              DANIELLE            KELLY
--FLORIDA CCH RESPONSE--

QI.NAM/KELLY,MARIA DANIELLE.RAC/B.SEX/F.DOB/082581.SOC/595070207.PUR/C
HIT NUMBER 01     ** FLORIDA CRIMINAL HISTORY **    AS OF 04/01 AT 03:57 PM
SID/04845039 HAI/BLK EYE/BRO RAC/B DLT/02/20/2000    FPC/
REF/81732354 HGT/506 WGT/170 SEX/F SKN/    POB/FL  FBI/620098MB5   AFS/IN-2
OCC/UNEMPLOYED        LRA/13116 ALEXANDRIA DR  CIT/OPA LOCKA, FL   DOC/
------------------------------------------------------------------------
        NAM/AKA                  DOB       SSN                MNU        SMT
------------------------------------------------------------------------
KNIGHTS, SHANTELL DENISE    09/19/1980 592010937
KELLY, MARIA DANIELLE       08/25/1981 595070207
SINGLE-STATE-OFFENDER- IN III
-- END --

--NCIC--
1L01FLS0065944210
FLSS311S0

NO NCIC WANT SOC/595070207
NO NCIC WANT NAM/KELLY,MARIA DANIELLE D0B/19810825 RAC/B SEX/F

--FCIC HIT RESPONSE--
FQI : NO RECORDS FOUND
--END--
```

12

# BSOPICS - Search Results

New Query



Name: Kelly, Maria Danielle
BSOPICS ID: 0045207
BCCN: 236690
JMS/Arrest No: 550000087
Offense No: 00014082
Arrest Date: Friday, January 21, 2000
UCR Code: NA

Page: 1



# LATENT FINGERPRINT REPORT

Fort Lauderdale, Florida 33312

PAGE ____ of ____

**VICTIM:** ou evarc

**OFFENSE:** Ident. Theft - Counterfeit   **CASE NO.** _____   **ZONE** ____

**LOCATION OF OFFENSE:** _____

| CARD NO | LIFTS OBTAINED FROM | OF VALUE YES / NO | FINGER PRINTS | PALM PRINTS | LATENT ANALYSIS (LATENT EXAMINER'S USE ONLY) |
|---|---|---|---|---|---|
| 1 | CK-CC307108 | X | X | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |

**10 EVIDENCE PROCESSED BY**
SIGN: NATIONS Bank   DATE _____   CCN _____

**EVALUATED BY**
SIGN: C. Ciotola
PRINT: C. Ciotola

| | IDENTIFIED YES / NO | CARD NO | IDENTIFICATION EFFECTED | FINGERPRINT STANDARDS BY | DATE OBTAINED |
|---|---|---|---|---|---|
| | X | 1 | #1 Rt Thumb | ASC DN:CC37 | 1/31/00 |

Carl J. Ciotola
**Latent Print Examiner**
#304

DATE 3/31/00
CCN 63C4

| ELIMINATION PRINTS SUBMITTED | R/S | DOB | DATE | CCN |
|---|---|---|---|---|
| NAME | | | | |
| NAME | | | | |
| NAME | | | | |

**SUSPECTS**

| | R/S | DOB | DATE | CCN |
|---|---|---|---|---|
| NAME: Kelly Maria Danielle | B/F | 8/25/81 | | |
| NAME | | | | |
| NAME | | | | |

**REMARKS**

**OFFICER REQUESTING COMPARISON**
SIGN: _____
PRINT: SS-USC

**VERIFIED BY**
LATENT EXAMINER: Carl J. Ciotola   CCN 63C4   DATE 3/31/00

FORM Z 444 Rev 5/98

WHITE - Records
YELLOW - Case Management
PINK - Crime Analysis
GOLD - File