| | | | |
|---|---|---|---|
| DEFT: | Maria Danielle Kelly (no deft needed) | CASE NO: | 00-6141-CR-Ferguson |
| AUSA: | Jeff Kaplan *present* | ATTNY: | FPD Tim Day for Marty Bidwill |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD – yes/no    COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

FILED by ___ D.C.
JUL 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
2-3 days to try
Gov't ready
no motion

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___

DATE: 7-5-00   TIME: 11:00am   TAPE #: 00-053   PG #: 3
580-614

16