UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6141-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MARIA KELLY,

        Defendant.

_____/



## MOTION FOR LEAVE TO CHANGE RESIDENCE

COMES NOW the defendant Maria Kelly, by and through her undersigned attorney, and files her Motion For Leave To Change Residence, and states as follows:

1.    The defendant is currently on bond awaiting resolution of this matter.

2.    Personal circumstances have made it necessary for the defendant to move from her current residence to 2184 N.W. 68th Terrace, Miami, Florida 33147.

3.    The undersigned has attempted to speak with Pretrial Services Officer Suzanne Silva regarding this motion, but was unable to speak with her.

4.    The undersigned has discussed this motion with Assistant United States Attorney Jeff Kaplan who advised he has no opposition.

WHEREFORE the defendant prays that the court grant this motion and approve the
defendant's change of address.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:  _____

Martin J. Bidwill
Assistant Federal Public Defender
Florida Bar No. 868795
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 15th
day of September, 2000, to Jeff Kaplan, Assistant United States Attorney, 299 East Broward
Boulevard, Fort Lauderdale, Florida 33301 and Suzanne Silva, United States Pretrial Services,
330 Biscayne Boulevard, Suite 500, Miami, Florida 33132.

_____

Martin J. Bidwill