UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6141-CR-FERGUSON
Magistrate Judge Snow



UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIA KELLY,

    Defendant.
_____/

## ORDER GRANTING LEAVE TO CHANGE RESIDENCE

THIS MATTER having come before the Court upon the Defendant's Motion For Leave To Change Residence, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's Motion For Leave To Change Residence is GRANTED. The defendant's is permitted to move to 2184 N.W. 68th Terrace, Miami, Florida 33147.

DONE AND ORDERED this 20th day of September, 2000, at Fort Lauderdale, Florida.

_____
~~Lurana S. Snow~~
United States ~~Magistrate~~ Judge
DISTRICT

cc:  Martin J. Bidwill, AFPD
     Jeff Kaplan, AUSA
     Suzanne Silva, Pre-Trial Services