## SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

OCT 16 2000

CASE # **00-6141-CR-WDF**

DEFENDANT **Maria D. Kelly / Deloris McIntosh**   JUDGE **WILKIE D. FERGUSON**

Deputy Clerk ~~TROY T. WALKER~~   DATE **10/13/00**

Court Reporter **Paul Haferling**   USPO **Frank Smith**

AUSA **Jeff Kaplan**   Deft's Counsel **Martin Bidwell**

COUNTS DISMISSED **All Others**

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM/PM   **10 Days to Appeal**

### JUDGMENT AND SENTENCE

Imprisonment   Years   Months **1**   Counts **9**

Supervised Release **3 years**

Probation   Years   Months   Counts

Comments **SC: Home detention w/electronic monitoring - 150 Days**

Assessment $ **100.00**   Fine $ **N/A**

Restitution/Other **$1,106.93 - Bank of America - immediately**

### CUSTODY

_____ Remanded to the Custody of the U.S. Marshal Service   _____ Release on bond pending appeal

**✓** Voluntary Surrender to (designated institution or U.S. Marshal Service) on **10/16/00**

Commitment Recommendation: _____