DEFENDANT: **MARIA DANIELLE KELLY**
CASE NUMBER: 0:00CR06141-001

## IMPRISONMENT

00-6141 CR- FERGUSON. JR

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___1___ **month(s)** ___.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____ .

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ before 2 p.m. on _____10/16/2000_____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA
00 NOV -6 AM 11:58

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ___10-25-00___ to ___Federal Detention Center-Miami___
at ___33 N.E. 4th St. Miami, Fl___, with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By ___Jacqueline Jones___, L.I.E.