PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 64350

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
SEP 1 8 2001
CLARENCE MADDOX
CLERK U.S. DIST.
S. D. OF FLA.

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Maria Danielle Kelly          Case Number: 0:00CR06141-001

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge

Date of Original Sentence: October 13, 2000

Original Offense:   Bank Fraud, in violation of Title 18, U.S. Code, Section 1344

Original Sentence:  One (1) month imprisonment followed by three (3) years supervised release with special conditions to participate in the Home Detention Electronic Program for a period of 150 days and pay the cost of same at the rate of $4.25 per day, provide complete access to financial information including disclosure of all business and personal finances, pay $100.00 special assessment and $1,106.93 restitution.

Type of Supervision: Supervised Release          Date Supervision Commenced: November 11, 2000

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

The remaining 50 days of the 150 days Home Detention Electronic Monitoring Program imposed in Case Number 0:00CR06141-001 are to run concurrently with the defendant's six (6) months term of imprisonment imposed in Case Number 1:00CR00640-07 (Highsmith).

## CAUSE

On November 11, 2000, the defendant was released from the custody of the U.S. Bureau of Prisons at the Federal Detention Center, Miami to commence her supervised release. However, due to a detainer by the Miami-Dade Police Department for a pending state case, she was released to their custody. She was subsequently released from the Miami-Dade Police Department custody to the community on or about November 21, 2000. On or about November 28, 2000, she reported to our office for supervision. Our office was unable to enforce Home Detention with Electronic Monitoring (EM) from the onset due to her unsuitable residence and lack of finances to obtain suitable residence and telephone service. However, we were able to finally enroll her in the Electronic Monitoring program on January 11, 2001 with a tentative termination date of June 9, 2001.

Name of Offender: Maria Danielle Kelly         Case Number: 0:00CR06141-001

Unfortunately, on April 24, 2001, the releasee had to be removed from Electronic Monitoring because water service to her residence was terminated due to a past due water bill in her name incurred approximately two (2) years ago. She denied said bill belonged to her as she was residing in Sarasota, Florida at that time. However, Ms. Kelly stated she recognized the address on the past due bill as that of her mother's residence prior to her current incarceration status. Due to the defendant's financial status, she was unable to pay the past due water bill. Consequently, the City of Miami Water Department did not restore water service to the releasee's residence.

On July 17, 2001, the releasee appeared before The Honorable Shelby Highsmith, Judge, U. S. District Court, Southern District of Florida for the offense of Possession of Counterfeit Checks, Case Number 1:00CR00640-007. She was sentenced to a period of six (6) months imprisonment followed by three (3) years supervised release. In addition, she was ordered to surrender to the United States Marshal's Service in this district, on August 17, 2001 at 2 p.m. As a result of her incarceration, we recommend Your Honor modify her sentence by ordering the remaining 50 days of her 150 days Electronic Monitoring term to run concurrently with her six (6) months term of imprisonment imposed in Case Number 1:00CR00640-007. On August 16, 2001, the releasee voluntarily signed the attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision indicating her agreement to the above-noted modification.

The defendant surrendered as required at which time her six (6) months imprisonment term commenced. Also, during her term of supervision thus far, she was unable to make any payments towards her restitution. However, for Your Honor's information, pursuant to Title 18, U.S. Code, Section 3624 (e), while the releasee is incarcerated, she will not receive credit towards her supervised release term in this case, because her period of imprisonment is greater than 30 days. As a result, her supervision term was placed inactive and will recommence upon her release from custody. Upon recommencement of her supervision, our office will establish a monthly payment plan based on her ability to pay and will make every effort to ensure all outstanding obligations are successfully completed.

Respectfully submitted,

by  Lennox A. George
U.S. Probation Officer
Phone: (305) 808-6425
Date: August 20, 2001

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[ ]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer
9/04/01
Date