PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64350



## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6141-CR-FERGUSON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Maria Kelly

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson Jr., US District Court Judge

Date of Original Sentence: October 13, 2000

Original Offense:   Bank Fraud in violation of Title 18, U.S. Code, Section 1344, a Class B felony.

Original Sentence:  One (1) month imprisonment followed by three (3) years supervised release. Special conditions were that the defendant participate in the Home Detention Program for a period of 150 days, pay a $100.00 special assessment and make restitution in the amount of $1,106.93.

Type of Supervision: Supervised Release       Date Supervision Commenced: November 11, 2000

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.  
[X]   To modify the conditions of supervision as follows:

> **The defendant shall perform 100 hours of community service as directed by the United States Probation Officer.**

## CAUSE

**Violation Of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 1, 2002 in Dade County, Florida the supervised releasee, was arrested by the Miami Metro-Dade Police Department and charged with the offense of Aggravated Battery.


PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64350

Name of Offender: Maria Kelly                    CASE NO. 00-6141-CR-FERGUSON

    On July 22, 2002, the charges in this case were dismissed. The defendant admitted that there was an altercation between her and the victim in the case however, she denies assaulting her. The defendant is in agreement with this modification and has signed a wavier of a hearing which is attached for Your Honor's review.

Respectfully submitted,

by  *[signature]*

Stanley A. Branch  
U.S. Probation Officer  
Phone: (305) 808-6417  
Date: July 25, 2002

---

THE COURT ORDERS:

[ ]  No Action  
[ ]  The Extension of Supervision as Noted Above  
[X]  The Modification of Conditions as Noted Above  
[ ]  Submit a Request for _ Warrant or _ Summons

*[signature]*

Signature of Judicial Officer

08/16/02

Date